**Motion Granted and Memorandum Opinion filed December 19, 2023.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-23-00576-CV

**MIKON ENERGY, LLC, Appellant**

**V.**

**THE KANSAS CITY SOUTHERN RAILWAY COMPANY, A CORPORATION, Appellee**

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1191688**

## MEMORANDUM OPINION

This is an attempted appeal from an interlocutory summary judgment against appellant, Mikon Energy, LLC (Mikon Energy). Appellee filed suit against Mikon Energy, and Daniel J. Guerrero[1], for breach of contract. Both Mikon Energy and Guerrero filed answers. In the interlocutory judgment at issue, the trial court

---

[1] The judgment refers to Daniel J. Guerrero as DANIEL J. GUERRERO JR., individually, also known as and being the same person as DANIEL L. GUERRERO JR., DANIEL GUERRO JR., DANIEL GUERERO JR., DANIEL GUERREERO, DAN GUERRERO, DANIEL G. GUERRERO AND D.J. GUERRERO, JR.

granted appellee's motion for summary judgment on its claim against Mikon Energy. However, appellee did not seek a summary judgment on its claim against Guerrero, and the interlocutory judgment at issue does not rule on that claim.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). The trial court has not disposed of all pending parties and claims.

Accordingly, we grant appellee's motion to dismiss.

PER CURIAM

Panel Consists of Chief Justice Christopher, Justices Wise and Jewell.